January 12, 1957.

No. 266. Home Utilities Co., Inc., *v.* Eastman Kodak Co. Certiorari, 352 U. S. 821, to the United States Court of Appeals for the Fourth Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Melvin J. Sykes* for petitioner. *David R. Owen* for respondent.

No. 573. Johnson et al. *v.* Union Pacific Railroad Co. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. The Pacific Fruit Express Co. is dismissed as a party petitioner herein per stipulation pursuant to Rule 60 of the Rules of this Court. *William D. Donnelly* was on the motion for Johnson et ux., petitioners. *Bryan P. Leverich* for respondent.

January 14, 1957.

No. 506. In re Addison. *Per Curiam:* The motion for leave to file and the motion to dismiss are granted. The appeal is dismissed for want of a substantial federal question. *Jacob J. Kilimnik* for appellant. *David Berger* for the City of Philadelphia, appellee.